146 A.3d 647

IN THE MATTER OF MICHAEL L. RESNICK, AN ATTORNEY AT LAW (ATTORNEY NO. 005771988)

October 6, 2016

ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20-3(g) (4) and *Rule* 1:20-11, seeking the immediate temporary suspension of **MICHAEL L. RESNICK** of **LONG VALLEY,** who was admitted to the bar of this State in 1988, and good cause appearing;

It is ORDERED, **MICHAEL L. RESNICK** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MICHAEL L. RESNICK** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MICHAEL L. RESNICK** pursuant to *Rule* 1:21-6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **MICHAEL L. RESNICK** comply with *Rule* 1:20-20 dealing with suspended attorneys.